```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X
                                    :
UNITED STATES OF AMERICA            :   UNSEALING ORDER
                                    :
    - v. -                          :   17 Cr. 630 (ER)
                                    :
RUJA IGNATOVA,                      :
    a/k/a "Cryptoqueen,"            :
                                    :
                    Defendant.      :
                                    :
- - - - - - - - - - - - - - - - - -X
```

Upon application of the United States of America, by and through Assistant United States Attorney Nicholas Folly, it is hereby ORDERED that Superseding Indictments **S1 and S4**, 17 Cr. 630 (ER), which were filed under seal on October 10, 2017, and February 6, 2018, be and hereby are unsealed.

SO ORDERED.

Dated: New York, New York
       March 7, 2019

_____
HONORABLE DEBRA FREEMAN
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 0 7 2019
```