```
                                              USDC SDNY
                                              DOCUMENT
                                              ELECTRONICALLY FILED
                                              DOC# _____
UNITED STATES DISTRICT COURT                  DATE FILED: 9/25/19
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - x
                                           :
UNITED STATES OF AMERICA                   :   ORDER TO SHOW CAUSE
                                           :
    - v. -                                 :
                                           :   17 Cr. 630 (ER)
RUJA IGNATOVA, et al.                      :
                                           :
                    Defendants.            :
                                           :
- - - - - - - - - - - - - - - - - - - - - x
```

   Upon the sealed application of the United States of America dated September 23, 2019, IT IS HEREBY ORDERED that, in connection with the above-captioned case, no later than ten days from the entry of this Order, the entities and individuals set forth below (collectively, the "Affected Parties") are directed to show cause why the Court should not enter an Order finding that any privilege the Affected Parties may have in the following communications with counsel (the "Subject Communications") do not fall within the crime-fraud exception to the attorney-client privilege, or have not otherwise been waived for failure to assert or defend such privilege:

   1. Communications between OneCoin Ltd., OnePayments Ltd., OneNetwork Services Ltd., OneAcademy, OneLife, and RavenR Capital Limited, and attorneys for those entities; and

   2. Communications between Ruja Ignatova, Frank Ricketts, Manon Hubenthal, Irina Dilkinska, International Marketing Services GmBH, International Marketing Services Singapore Pte, International Marketing Strategies Ltd., and B&N Consult EOOD, and attorneys for those individuals and entities, regarding OneCoin-related financial transactions and the continued operation of the OneCoin scheme.

IT IS FURTHER ORDERED that the Court's sealed Order dated July 23, 2019, addressing the application of the crime-fraud exception to certain materials in this case, is hereby unsealed for public docketing.

IT IS FURTHER ORDERED that notice of this Order to the Affected Parties who may be in a position to assert a privilege in the Subject Communications shall be deemed effected upon:

1. Publication by the Government of this Order by through the issuance of a press release referencing and attaching this Order, in a manner that will allow the Affected Parties to find the Order on the Internet; and

2. To the extent consistent with international law, service of the Order upon the Affected Parties by email, where the particular Affected Party has a known and operational email address.

Dated:   New York, New York
         September 25, 2019

SO ORDERED:

_____
HONORABLE EDGARDO RAMOS
UNITED STATES DISTRICT JUDGE