UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA                        **ORDER**
:
   - v. -
:     17 Cr. 630 (ER)
RUJA IGNATOVA, et al.
:
        Defendants.
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: Oct. 9, 2019

    In connection with the above-captioned case, the entities and individuals set forth below (collectively, the "Affected Parties"), having failed to show cause, pursuant to this Court's Order to Show Cause dated September 25, 2019, why any privilege the Affected Parties may have in communications with counsel does not fall within the crime-fraud exception to attorney-client privilege, or has not otherwise been waived for failure to assert or defend such privilege, IT IS HEREBY ORDERED THAT:

    1.    Any attorney-client privilege held by the Affected Parties in connection with the communications described below (collectively, the "Subject Communications") is deemed waived:

    a.    Communications between OneCoin Ltd., OnePayments Ltd., OneNetwork Services Ltd., OneAcademy, OneLife, and RavenR Capital Limited, and attorneys for those entities; and

    b.    Communications between Ruja Ignatova, Frank Ricketts, Manon Hubenthal, Irina Dilkinska, International Marketing Services GmBH, International Marketing Services Singapore Pte, International Marketing Strategies Ltd., and B&N Consult EOOD, and attorneys for those individuals and entities, regarding OneCoin-related financial transactions and the continued operation of the OneCoin scheme.

2

      2.      The Subject Communications fall within crime-fraud exception to the attorney-client privilege, and are therefore non-privileged notwithstanding the waiver described above.

Dated:    New York, New York
            October _9_, 2019

SO ORDERED:

_____
HONORABLE EDGARDO RAMOS
UNITED STATES DISTRICT JUDGE

2