

**MEMO ENDORSED**

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

June 12, 2023

**BY ECF**

The Honorable Edgardo Ramos
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    *United States v. Ruja Ignatova, et al.*, 17 Cr. 630 (ER)

Dear Judge Ramos:

      The undersigned Assistant United States Attorney is leaving the United States Attorney's Office for the Southern District of New York. Accordingly, the Government respectfully requests that the Court direct the Clerk of Court to terminate the appearance of the undersigned counsel on the above-captioned docket.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney

By:   /s/
      Christopher J. DiMase
      Assistant United States Attorney
      Tel.: (212) 637-2433

---

The application to withdraw as counsel of record is granted.
SO ORDERED.

*[signature]*
Edgardo Ramos, U.S.D.J.
Dated: 6/13/2023
New York, New York