

## TDB | LAW
### Treanor Devlin Brown

**ARLO DEVLIN-BROWN**
Managing Principal
+1 (212) 858-9080 w
arlo@tdblaw.com

**TDB LAW**
666 Third Avenue, 21st Floor
New York, NY 10017

## MEMO ENDORSED

**Request to Be Sealed**

May 11, 2026

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

> The application is granted.  Scott's surrender date is extended to June 1, 2026.
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J.
> Dated: __5/12/2026__
> New York, New York

Re: *United States v. Scott*, No. 17-cr-630

Dear Judge Ramos:

Mr. Scott respectfully requests a final, seventeen-day adjournment of his surrender date from May 15, 2026 to June 1, 2026. ████████

████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████ .

The Government has indicated it opposes the request but does not intend to provide a written submission.

████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████

████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████

Hon. Edgardo Ramos
May 11, 2026

████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
███████████

████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
█████████████████████████

████████████████████████████████████████████████████████
███████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
███████████████████████████████████████
█████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
█████████████████████████████████████████████
███████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████████████
█████████████████████████████████████

████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
███████████████████████████████

Accordingly, we respectfully request that Mr. Scott's surrender date be adjourned from May 15, 2026 to June 1, 2026.

Respectfully Submitted,

Arlo Devlin-Brown
Managing Principal